In the Matter of Proceedings Supplementary to Execution, under a Judgment in Favor of NEW ENGLAND EQUITABLE INSURANCE COMPANY, Respondent, v. JOSEPH E. BLANC, Appellant.— Motion for stay denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Judicial Settlement of the Account of WILLIAM J. PINCKNEY, as Executor, etc., of KATE E. LYON, Deceased. ORIENT C. PINCKNEY and Another, Respondents, v. WILLIAM J. PINCKNEY, Appellant.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOHN EICHLER BREWING COMPANY, Respondent, v. PHILIP M. SENK and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

FRANK KREFETZ, Respondent, v. GEORGE GOTTLIEB and Another, Appellants. — Motion for extension of time to answer granted, on condition that the case be brought on for argument on Friday, November 17, 1922; otherwise, motion denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

FRANK LIEBERMAN, an Infant, etc., Respondent, v. ROMEO MARCH, Appellant.— Motion to dismiss appeal denied on condition that appellant pay twenty-five dollars, together with ten dollars costs of the motion, perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

SAUL LIEBERMAN, Respondent, v. ROMEO MARCH, Appellant.— Motion to dismiss appeal denied on condition that appellant pay twenty-five dollars, together with ten dollars costs of the motion, perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CATHERINE V. MANNING, Respondent, v. MARY LEONE, Appellant.— Motion to resettle order granted, and order resettled by inserting therein the date of December 11, 1922, at twelve o'clock, noon, as the time for closing title. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LOULA MAC MCLEAN, Appellant, v. JOHN C. CLARK and THE FARMERS LOAN AND TRUST COMPANY, etc., Respondents.— Motion to vacate order dismissing appeal denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

NEW YORK AND RICHMOND GAS COMPANY, Respondent, v. LEWIS NIXON and Others, Appellants.— Motion to dismiss appeal granted, on the ground that the city of New York is not aggrieved. (See *Morrell* v. *Brooklyn Borough Gas Co.*, *No. 2*, 231 N. Y. 405.) Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

KATHERINE PATSCHKE, Respondent, v. ALLEN SIMONDS, Appellant.— Motion to dismiss appeal denied on condition that appellant pay ten dollars costs of the motion, perfect the appeal, and be ready for argument on the first day of the December term, for which date this case is set down; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

FREDERICK ROEMMELE, Respondent, v. IVAN SHESTACOVSKY, Appellant, and

Another, Defendant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

FREDERICK ROEMMELE, Respondent, v. IVAN SHESTACOVSKY, Appellant, and Another, Defendant.— Motion for stay granted, and appellant allowed thirty days to enable him to apply to the Court of Appeals, on condition that a bond to secure payment of the judgment, with costs, be given within five days. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

AGNES SCHUBERT, Respondent, v. THE CITY OF NEW YORK and Others, Defendants. HARRY HERZ, Appellant.— Motion to modify order dismissing appeal denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LAKE H. SPRINKLE, Respondent, v. MARIE OLGA SPRINKLE, Appellant.— Motion to open default granted. Motion for reargument denied. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LUIGI TARTAGLIA, as Administrator, etc., of GENNARO TARTAGLIA, Deceased, Respondent, v. HERBERT G. EINSTEIN, Appellant.— Motion to dismiss appeal denied on condition that within five days appellant pay to the respondent the sum of twenty-five dollars, together with ten dollars costs of this motion, perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ALBERT JOSEPH BODKER, INC., Respondent, v. ALBERT E. BURR, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

ARTHUR KIRCHNER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. This court does not pass upon the right of the city to operate the railroad, as that question is not presented by the pleadings. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

SAMUEL LEFSTEIN and NATHAN B. QUINN, Respondents, v. ISIDORE KAPLOWITZ, Also Known as ISIDORE KOPELOWITZ, and MORRIS SCHULMAN, Appellants.— Order of the Appellate Term unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

CHARLES SATTLER, as Executor, etc., of ANDREAS L. SATTLER, Deceased, Respondent, v. EMMA J. JOSEPH, Appellant, and NELSON PELKY, Defendant.— Judgment and order reversed on the law and facts, and new trial granted, costs to abide the event, on the ground that the record is so devoid of evidence as to the situation of the next of kin, and their pecuniary relations to the decedent, as to furnish no intelligent basis for the computation of damages. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

CHARLES SATTLER, as Executor, etc., of IDA F. SATTLER, Deceased, Respondent, v. EMMA J. JOSEPH, Appellant, and NELSON PELKY, Defendant.— Judgment and order reversed on the law and facts, and new trial granted, costs to abide the event, on the ground that the record is so devoid of evidence as to the situation of the next of kin, and their pecuniary relations to the decedent, as to furnish no intelligent basis for the computation of damages. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.